UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIEL INDELICIO NEVAREZ,<br><br>              Petitioner,<br>   v.<br><br>ROBB JACKSON,<br><br>              Respondent. | CASE NO. 3:24-cv-05912-RSM-GJL<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* |

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner Gabriel Indelicio Nevarez has moved for leave to proceed with this action *In Forma Pauperis* ("IFP"). Dkt. 3. Upon review of the IFP Motion, the Court finds Petitioner is unable to afford the $5.00 filing fee. Petitioner's IFP Motion is therefore **GRANTED**. The Clerk is directed to file Petitioner's Petition for Writ of Habeas Corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

Dated this 26th day of November, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 1